UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALFRED J. IMHOFF, <br><br> Defendant. | Case No. 12-5193RBL <br><br> **DETENTION ORDER** |

Offense charged:

Possession of Methamphetamine with Intent to Distribute.

Date of Detention Hearing: August 15, 2012.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and the parties having stipulated to detention without prejudice to review, NOW, THEREFORE

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal, **WITHOUT PREJUDICE TO REVIEW** – Hearing to be held on August 22, 2012.

DETENTION ORDER - 1

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15-th day of August, 2012.

J. KELLEY ARNOLD
United States Magistrate Judge

DETENTION ORDER - 2